412

**No. 69520.**—John Wanamaker Phila. *v.* United States, protest 63/17624 (Philadelphia).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of glass articles (paperweights) similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 69521.**—Marion Shipping Co., Inc. *v.* United States, protest 64/24106 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

**No. 69522.**—Fred Bronner Corp. *v.* United States, protests 61/181, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the involved merchandise is similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.